

1055 Thomas Jefferson
Suite 540
Washington, DC 200
Telephone: 202 463 2
Fax: 202 463 2103

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/21/2023__
```

August 19, 2023

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Harp Trading Ltd. v. Birch River Energy, LLC*, No. 1:23-cv-05781-AT

Dear Judge Torres:

In accordance with Section II.B of Your Honor's Individual Practices in Civil Cases, Plaintiff respectfully seeks adjournment of the September 4, 2023 conference.

At the time of this filing, Defendant has failed to appear and Plaintiff intends to seek a certificate of default in accordance with Section III.N of Your Honor's Individual Practices in Civil Cases based on the following:

- This action was commenced on July 6, 2023, with the filing of a summons and complaint. ECF Nos. 1, 3.
- On July 11, 2023, the summons was issued. ECF No. 8.
- On August 18, 2023, Plaintiff filed the affidavit of service demonstrating the summons and complaint were served on July 19, 2023. ECF No. 10.
- Under Rule 12, Defendant was required to answer "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). Thus, Defendant's response was due on August 9, 2023. Fed. R. Civ. P. 6(a)(1)(C).
- Defendant is not an infant, in the military, or an incompetent.

Thus, Plaintiff intends to seek a Certificate of Default and begin the process for obtaining a default judgment in this matter. Plaintiff does not object to this matter being referred to a Magistrate Judge.

The parties' deadline to submit their joint letter and proposed case management plan, *see* ECF No. 7, is ADJOURNED *sine die*.

SO ORDERED.

Dated: August 21, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge