UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HARP TRADING LTD.,

                Plaintiff,

-against-

BIRCH RIVER ENERGY, LLC f/k/a Brooks Run Mining Company, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2023

23 Civ. 5781 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 19, 2023, Plaintiff moved for entry of default against Defendant. *See* ECF No. 13; *see also* ECF Nos. 14–16. On August 21, 2023, the Clerk of Court entered a certificate of default. ECF No. 17. On August 31, 2023, Plaintiff filed a "motion for entry of default" and supporting papers. ECF No. 19; *see* ECF Nos. 20–21. Plaintiff's application does not comply with the Court's default judgment procedure as set forth in Attachment A to the Court's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-analisa-torres.

    Accordingly, by **September 22, 2023**, Plaintiff shall refile its default judgment papers in accordance with Attachment A. The Clerk of Court is directed to terminate the motion at ECF No. 19.

    SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge