UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARP TRADING LTD.,

                Plaintiff,

-against-

BIRCH RIVER ENERGY, LLC f/k/a Brooks Run Mining Company, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023
```

23 Civ. 5781 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The show-cause hearing scheduled for **November 28, 2023**, is RESCHEDULED to **10:00 a.m.** that same day. The parties shall dial (888) 398-2342 or (215) 861-0674 at the time of the hearing, and use access code 5598827.

    SO ORDERED.

Dated: November 22, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge