USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/28/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARP TRADING LTD.,

    Plaintiff,

v.

BIRCH RIVER ENERGY, LLC f/k/a
Brooks Run Mining Company, LLC,

    Defendant.

**Civil Action No. 1:23-cv-05781**
**Hon. Analisa Torres**

## Default Judgment

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Default Judgment is entered in favor of Plaintiff Harp Trading Ltd. and against the Defendant Birch River Energy, LLC on Counts I and II of Plaintiff's Complaint, ECF No. 1, for the reasons stated on the record at the default hearing held on November 28, 2023.

It is further **ORDERED, ADJUDGED**, and **DECREED** that an inquest be held to determine the damages to be awarded to Plaintiff in this action.

Dated: __November 28__, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge