UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARP TRADING LTD.,

                          Plaintiff,

           -against-

BIRCH RIVER ENERGY, LLC f/k/a Brooks
Run Mining Company, LLC,

                        Defendant.

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   2/23/2026 |

23 Civ. 5781 (AT) (OTW)

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**

ANALISA TORRES, District Judge:

On July 6, 2023, Plaintiff, Harp Trading Ltd., filed this action against Defendant, Birch River Energy, LLC, bringing claims for breach of contract, account stated, and unjust enrichment. *See generally* Compl., ECF No. 1. Following Defendant's failure to appear in this action, the Court issued a default judgment and referred the matter to the Honorable Ona T. Wang for an inquest on damages. *See* Default Judgment, ECF No. 38; *see also* Tr. Default Judgment Hearing, ECF No. 41.

On November 7, 2025, Judge Wang issued a report and recommendation ("R&R") on damages. *See* R&R, ECF No. 48. Judge Wang concluded that Plaintiff's motion for a default judgment was properly granted and recommended that the Court grant Plaintiff an award of contract damages, as well as prejudgment interest and reasonable attorney's fees and costs. *See* R&R at 6–20. Despite notification of the right to object to the R&R, neither party filed objections, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2); *see also* Certificate of Service, ECF No. 50. Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

Reviewing for clear error, the Court ADOPTS the thorough and well-reasoned R&R, except as follows: (1) post-judgment interest under 28 U.S.C. § 1961 shall accrue from the date final judgment is entered in this action, not from November 28, 2023, the date default judgment was entered[1]; and (2) pre-judgment interest shall accrue at a rate of $44.29 per day,[2] from April 21, 2021 to the date final judgment is entered.

The Clerk of Court is respectfully directed to enter judg0ment in favor of Plaintiffs and against Defendants as follows: (1) $461,905.28 in contract damages; (2) $44.29 per day in pre-judgment interest applied to the contract damages, to be calculated from April 21, 2021 to the date final judgment is entered in this action; and (3) $49,949.99 in attorney's fees and costs, plus

---

[1] 28 U.S.C. § 1961(a) provides that "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court" and that "[s]uch interest shall be calculated from the date of the entry of the judgment." This date naturally refers to the date of entry of money judgment.

[2] The Court calculates the per diem rate using the simple interest formula (Per Diem Rate = Principal x Annual Interest Rate/365), a principal of $461,905.28, and an annual interest rate of 3.5%. *See* R&R at 13–14.

(4) post-judgment interest to accrue at the statutory rate set by 28 U.S.C. § 1961 from the date final judgment is entered in this action.  The Clerk of Court is further directed to close the case.

      SO ORDERED.

Dated: February 23, 2026
      New York, New York

                           ANALISA TORRES
                     United States District Judge