**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HARP TRADING LTD.,

                      Plaintiff,                      23 **CIVIL** 5781 (AT)(OTW)

        -against-                          **JUDGMENT**

BIRCH RIVER ENERGY, LLC f/k/a Brooks
Run Mining Company, LLC,

                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 23, 2026, the Court ADOPTS the thorough and well-reasoned R&R, except as follows: (1) post-judgment interest under 28 U.S.C. § 1961 shall accrue from the date final judgment is entered in this action, not from November 28, 2023, the date default judgment was entered; and (2) pre-judgment interest shall accrue at a rate of $44.29 per day, from April 21, 2021 to the date final judgment is entered.

Judgment is hereby entered in favor of Plaintiffs and against Defendants as follows: (1) $461,905.28 in contract damages; (2) $44.29 per day in pre-judgment interest applied to the contract damages, in the amount of $78,481.88 calculated from April 21, 2021 to the date final judgment is entered in this action; and (3) $49,949.99 in attorney's fees and costs, plus (4) post-judgment interest to accrue at the statutory rate set by 28 U.S.C. § 1961 from the date final judgment is entered in this action.

**Dated:** New York, New York
       February 26, 2026

                                  **TAMMI M. HELLWIG**
                                    _____
                                    **Clerk of Court**

                **BY:**        _____
                                **Deputy Clerk**